UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMELINE ALCE and DESIRE NUGENY, on
Behalf of themselves and others similarly
situated,
                       Plaintiffs,

      -against-                                     17 **CIVIL** 2402 (NRB)

## JUDGMENT

WISE FOODS, INC.,
                       Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 27, 2018, defendant's motion to dismiss plaintiffs' First Amended Complaint is granted, judgment is entered for defendant, and this case is closed.

**Dated:** New York, New York
            March 27, 2018

                                                        RUBY J. KRAJICK
                                                         Clerk of Court
                                         BY:

                                                          Deputy Clerk

                                                    THIS DOCUMENT WAS ENTERED
                                                    ON THE DOCKET ON 3/28/2018